UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 17-60** |
| | | **CIVIL NO. 3:20-CV-623** |
| v. | : | |
| | : | **(JUDGE MANNION)** |
| **KELLY BRADY,** | : | |
| Defendant | : | |
| | : | |

# ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant Kelly Brady's Motion for Immediate Release to Home Confinement, **(Doc. 58)**, is construed as an emergency petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.

**(2)** The clerk of court is directed to docket Brady's Doc. 58 motion as a §2241 habeas petition and to assign it a separate civil number. Due to the immediate request for relief sought, the clerk of court is directed forgo the thirty-day administrative order requiring Brady to pay the filing fee for a habeas petition, as that can be addressed in the proper jurisdictional court.

- 2 -

**(3)** The clerk of court is then directed to forthwith transfer Brady's habeas petition to the U.S. District Court for the District of Connecticut.

**(4)** To the extent Brady's Doc. 58 motion could be alternatively construed as a motion for compassionate release, it is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction since she has failed to comply with §3582(c)(1)(A)'s exhaustion requirement.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION   United States District Judge**

**DATE: April 14, 2020**
17-60-01